**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
            jsmith@bursor.com
            ykrivoshey@bursor.com
            treyda@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HAIN, on Behalf of Himself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>CONOPCO, INC., d/b/a UNILEVER,<br><br>                    Defendant. | Case No. 2:17-cv-3656<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Craig Hain ("Plaintiff"), by his attorneys, brings this class action complaint against Conopco, Inc., doing business as Unilever ("Conopco" or "Defendant").  Plaintiff's allegations are based upon personal knowledge as to his own acts and upon information and belief as to all other matters.

## NATURE OF ACTION

1.      This is a class action against Conopco for misleading consumers about the ingredients of its personal care products sold under the "Suave NATURALS" ("Suave Naturals," the "Products") brand name, when in fact these products contain unnatural and synthetic ingredients.  At this time, Plaintiff has identified the following varieties of the Product:[1]

- Suave® NATURALS rainforest fresh™ SHAMPOO;
- Suave® NATURALS everlasting sunshine SHAMPOO;
- Suave® NATURALS tropical coconut SHAMPOO;
- Suave® NATURALS daily clarifying SHAMPOO;
- Suave® NATURALS refreshing waterfall mist SHAMPOO;
- Suave® NATURALS ocean breeze SHAMPOO;
- Suave® NATURALS sun-ripened strawberry SHAMPOO;
- Suave® NATURALS wild cherry blossom SHAMPOO;
- Suave® NATURALS juicy green apple SHAMPOO;
- Suave® NATURALS aloe & water lily SHAMPOO;
- Suave® NATURALS soothing lavender lilac SHAMPOO;
- Suave® NATURALS sweet pea violet SHAMPOO;
- Suave® NATURALS almond verbena 2IN1 SHAMPOO + CONDITIONER;
- Suave® NATURALS rainforest fresh™ CONDITIONER;
- Suave® NATURALS everlasting sunshine CONDITIONER;
- Suave® NATURALS tropical coconut CONDITIONER;
- Suave® NATURALS daily clarifying CONDITIONER;
- Suave® NATURALS waterfall mist CONDITIONER;
- Suave® NATURALS ocean breeze CONDITIONER;
- Suave® NATURALS sun-ripened strawberry CONDITIONER;
- Suave® NATURALS wild cherry blossom CONDITIONER;
- Suave® NATURALS juicy green apple CONDITIONER;

---

[1] Defendant may discontinue offering some Products and regularly introduces new products that are also falsely labeled as "NATURALS." Defendant may also offer other similar "Suave NATURALS" brand products for sale of which Plaintiff is unaware.  Plaintiff will ascertain the identities of these additional Products through discovery.

- Suave® NATURALS aloe & water lily CONDITIONER;
- Suave® NATURALS soothing lavender lilac CONDITIONER;
- Suave® NATURALS sweet pea violet CONDITIONER;
- Suave® NATURALS rainforest fresh BODY WASH;
- Suave® NATURALS everlasting sunshine BODY WASH;
- Suave® NATURALS Creamy milk & honey splash BODY WASH;
- Suave® NATURALS Creamy apricot & orange blossom BODY WASH;
- Suave® NATURALS Creamy cocoa butter & shea BODY WASH;
- Suave® NATURALS Creamy tropical coconut BODY WASH;
- Suave® NATURALS Creamy almond & verbena BODY WASH;
- Suave® NATURALS sweet pea & violet BODY WASH;
- Suave® NATURALS ocean breeze BODY WASH;
- Suave® NATURALS mango mandarin BODY WASH;
- Suave® NATURALS wild cherry blossom BODY WASH;
- Suave® NATURALS Everlasting Sunshine BODY LOTION;
- Suave® NATURALS Sweet Pea & Violet BODY LOTION;
- Suave® NATURALS Mango Mandarin BODY LOTION;
- Suave® NATURALS Lavender Vanilla BODY LOTION;
- Suave® NATURALS Wild Cherry Blossom BODY LOTION;
- Suave® KiDS Naturals Head to Toe Wash soothing Lavender.

Exhibit 1 attached hereto and incorporated by reference herein shows the labeling and ingredients for many of the Suave Naturals Products at issue.

2.     Conopco engaged, and continues to engage, in a widespread, uniform marketing campaign using the Product packaging to mislead consumers about the nature, quality, and/or ingredients in Suave Naturals.  Specifically, Conopco prominently places the following representations and imagery on the Products' packaging, even though Conopco knows they are false and misleading:

a) "NATURALS" – Defendant prominently represents that the Products are "NATURALS" on the front label of the Products, in the name, "Suave NATURALS."

b) "Infused with" Natural-Sounding Ingredients – Defendant makes statements, such as "infused with mineral-rich algae extract," highlighting that the Products contain various natural-sounding ingredients. For instance, Suave NATURALS Rainforest Fresh shampoo represents that it is "infused with aloe and bamboo extract," and Suave NATURALS Tropical Coconut shampoo represents that it is "infused with coconut extract." *E.g.*, Exhibit 1.

c) Scenic Images of Nature – Accompanying the abovementioned text on the Product packaging are images of natural scenery or objects, such as blooming cherry blossoms, lush rainforest undergrowth, or a cracked coconut.  *E.g.*, Exhibit 1

d) Natural-Sounding Product Names – Conopco named almost all of the Suave Natural Product varieties after natural environments or objects, including fruits.  Examples include "Rainforest Fresh," "Everlasting Sunshine," "Tropical Coconut," "Waterfall Mist," and "Sun-Ripened Strawberry."

3.    Defendant's "NATURALS" statements, the statements that the Products are "infused with" natural-sounding ingredients, the images of natural scenery or objects, and the natural-sounding Product names deceive and mislead consumers into believing the Products have a natural quality.

4.    Unfortunately for consumers, the Suave Naturals Products, which are sold in numerous nationwide supermarket and pharmacy chains, are not "NATURALS" or natural.  Rather, the Products contain numerous unnatural and synthetic ingredients.

5.    For example, Suave® NATURALS rainforest fresh™ SHAMPOO contains synthetic and unnatural ingredients, including but not limited to the following:

a) ***Sodium Laureth Sulfate*** – Sodium laureth sulfate is a heavily processed ingredient synthetically derived from ethoxylated lauryl alcohol and used as a surfactant.

b) ***Cocamide MEA*** – Cocamide MEA is a compound synthesized from coconut oils and ethanolamine.  Environmental Working Group, Skin Deep® Cosmetics Database, COCAMIDE MEA, http://www.ewg.org/skindeep/ingredient/701517/COCAMIDE_MEA/ (last visited May 11, 2017).

a) ***Ammonium Chloride*** – Commercial manufacture of ammonium chloride is usually synthetic.[2]  Synthetic manufacture can occur by bubbling ammonia gas into water.  This will form ammonium hydroxide, which can be combined with hydrochloric acid to produce ammonium chloride.

---

[2] The natural, mineralogical form of ammonium chloride is called "sal ammoniac."

b) *Fragrance (Parfum)* – The fragrances commonly used in body wash can have as many as 200 ingredients and are synthetic. Plaintiff alleges on information and belief that the "Fragrance" in the Products is synthetic.

c) *Tetrasodium EDTA* – This ingredient is produced synthetically for industrial purposes in the laboratory.  It is a preservative made from the known carcinogen formaldehyde and sodium cyanide. It is also a penetration enhancer, meaning it breaks down the skin's protective barrier, going directly into the bloodstream.

d) *DMDM Hydantoin* – DMDM hydantoin is a synthetic antimicrobial preservative that is a "formaldehyde releaser" (i.e., over time, it releases formaldehyde, a known carcinogen).

e) *Methylchloroisothiazolinone* – Methylchloroisothiazolinone is a preservative also known as "CMIT."  In combination with methylisothiazolinone, it goes by the trade name Kathon CG (among others).  It is synthetically produced.

f) *Methylisothiazolinone* – Also known as "MIT," this ingredient is a synthetic substance that can control or kill microorganisms.  It is used as a preservative.

g) *PPG-9* – This is another name for polypropylene glycol, which is the active component in antifreeze that is also used in automobile coolant.  In the normal manufacturing process, propylene—a byproduct of gasoline manufacture—is converted to propylene oxide.  This compound is then polymerized, using a strong base, such as potassium hydroxide, as a catalyst.

6.     For another example, Suave® NATURALS rainforest fresh BODY WASH contains synthetic, unnatural ingredients, including but not limited to the following:

a) *Sodium Laureth Sulfate* – *See supra* ¶ 5.a..

b) *Ammonium Chloride* – *See supra* ¶ 5.c.

c) *Cocamide MEA* – *See supra* ¶ 5.b.

d) *Fragrance (Parfum)* – *See supra* ¶ 5.d

e) *Glycerin* – Usually, glycerin is manufactured for commercial use through hydrolysis of fats and oils during the manufacturing of

CLASS ACTION COMPLAINT                                                                    4

soap products or synthesized from the hydrogenolysis of carbohydrates or from petrochemicals. Chemicals used in glycerin synthesis include epichlorohydrin (hazardous), sodium hydroxide (synthetic and hazardous), allyl alcohol (synthetic and hazardous), hydrogen peroxide (synthetic), and peracetic acid (synthetic). Plaintiff believes and alleges Defendant synthesizes the glycerin in the Products using common manufacturing methods.

f) **PPG-9** – *See supra* ¶ 5.i.

g) **Tetrasodium EDTA** – *See supra* ¶ 5.e.

h) **Methylchloroisothiazolinone** – *See supra* ¶ 5.g,.

i) **Methylisothiazolinone** – *See supra* ¶ 5.h.

7.      These synthetic ingredients are not mere trace ingredients within the Products. To the contrary, the Products contain only a miniscule amount of even arguably natural ingredients (other than water). After water, synthetic ingredients comprise the overwhelming majority of the Products' composition.

8.      For example, the most prevalent ingredients in Suave® NATURALS rainforest fresh™ SHAMPOO are water (aqua), sodium laureth sulfate (synthetic), cocamide MEA (synthetic), and ammonium chloride (synthetic).[3] The next-most prevalent ingredient is fragrance (parfum) (synthetic), which Plaintiff believes constitutes only a small percentage of the Product's composition. Moreover, of the sixteen ingredients in Suave NATURALS Rainforest Fresh shampoo, only four — water, "Bambusa Arundinacea Stem Extract," "Aloe Barbadensis Leaf Extract," and perhaps citric acid—are even arguably natural. Other than water, these arguably natural ingredients are among the least predominant ingredients in the Products.

9.      For another example, the most prevalent ingredients in Suave® NATURALS rainforest fresh BODY WASH are water, sodium laureth sulfate (synthetic), ammonium chloride (synthetic), and cocamide MEA (synthetic). The

---

[3] The United States Food and Drug Administration requires ingredients to be listed on cosmetic product labels in the order of predominance in the product. 21 C.F.R. § 701.3(a), (c).

next-most prevalent ingredient is fragrance (synthetic), which, on information and belief, constitutes only a small percentage of the Product's composition. Moreover, of the seventeen ingredients in Suave NATURALS Rainforest Fresh body wash, only four — water, "Bambusa Arundinacea Stem Extract," and "Aloe Barbadensis Leaf Extract," and perhaps citric acid—are even arguably natural, and "Bambusa Arundinacea Stem Extract," "Aloe Barbadensis Leaf Extract," and citric acid are among the least predominant ingredients in the Product.

10.     The compositional structure of Suave® NATURALS rainforest fresh™ SHAMPOO and Suave® NATURALS rainforest fresh BODY WASH is typical of the Suave Naturals Products.

11.     "Unnatural" is a defining characteristic of synthetic ingredients.

12.     No reasonable consumer understands Products labeled "NATURALS" to include numerous unnatural and synthetic ingredients, particularly when the only ingredients that are even arguably natural are a vanishingly small part of the Products' composition.

13.     For example, no reasonable consumer understands Suave® NATURALS rainforest fresh™ SHAMPOO, which is prominently labeled "NATURALS," to include, out of sixteen total ingredients, twelve that are not, in fact, natural—particularly when the most prevalent Product ingredients (sodium laureth sulfate, cocamide MEA, and ammonium chloride) are synthetic, with the three non-water ingredients that are even arguably natural comprising only a tiny part of the Product's composition.

14.     For another example, no reasonable consumer understands Suave® NATURALS rainforest fresh BODY WASH, which is labeled "NATURALS," to include, out of seventeen total ingredients, thirteen that are not, in fact, natural—particularly when the most prevalent Product ingredients (sodium laureth sulfate, ammonium chloride, and cocamide MEA) are synthetic, with the three non-water

ingredients that are even arguably natural comprising only a tiny part of the Product's composition.

15.     Through its deceptive practice of marketing and selling the Products as "NATURALS" despite the presence of synthetic ingredients, Defendant was able to command a premium price for the Products by deceiving consumers about the nature, quality, and/or ingredients of Suave Naturals.

16.     Defendant was motivated to mislead consumers for no other reason than to take away market share from competing products, including but not limited to store-brand and brand name shampoos, conditioners, body washes, and body lotions, thereby increasing its own sales and profits.

17.     Because Suave Naturals contain synthetic, unnatural ingredients, Defendant's claims on the Product labeling and in the Product marketing that the Products are "NATURALS" are false and misleading, and they deceive consumers into purchasing the Products.

18.     Further, because Suave Naturals contain synthetic, unnatural ingredients, Defendant's claims that the Products are "infused with" various natural-sounding ingredients, as well as Defendant's use of images of natural scenery or objects and natural-sounding Product names, on the Product labeling and in the Product marketing are misleading, and they deceive consumers into purchasing the Products.

19.     As a direct and proximate result of Defendant's false and misleading advertising claims and marketing practices, Plaintiff and the members of the Class, as defined herein, purchased Suave Naturals.  Were it not for Defendant's unfair and deceptive practices, Plaintiff and the proposed class members either would not have purchased Defendant's Suave Naturals Products, or would have sought materially different terms.  As a result, Plaintiff and members of the Class purchased Suave Naturals and have been injured in fact.  Plaintiff and class members have suffered an ascertainable and out-of-pocket loss.  Plaintiff and members of the Class seek a

refund and/or rescission of the transaction and all further equitable and injunctive relief as provided by applicable law.

20.     Plaintiff seeks relief in this action individually and on behalf of all purchasers of Suave Naturals for breach of express warranty and fraud.  Plaintiff also seeks relief in this action individually and on behalf of purchasers of Suave Naturals in California for violation of Civil Code §§ 1750, *et seq*., the California Consumer Legal Remedies Act ("CLRA"), Bus. & Prof. Code §§ 17200, *et seq*., California's Unfair Competition Law ("UCL"), and Bus. & Prof. Code §§ 17500, *et seq*., California's False Advertising Law ("FAL").  Plaintiff also seeks relief in this action individually and on behalf of purchasers of Suave Naturals in New York for violation of New York Gen. Bus. Law ("GBL") § 349, and GBL § 350.

## **THE PARTIES**

### **Plaintiff Hain**

21.     Plaintiff Craig Hain is a resident of Santa Monica, California, and Manhattan, New York.

22.     During the past five years, Mr. Hain regularly purchased multiple varieties of Suave Naturals shampoo and conditioner at major retailers including CVS, Ralph's, Von's, and Safeway.  These purchases were made in Santa Monica, California, and Manhattan, New York.

23.     The packaging of the Products Mr. Hain purchased contained the representation that they were "Naturals," representations that the products were "infused with" various natural-sounding ingredients and imagery of natural scenes and objects.

24.     Defendant's misrepresentation that the Products are "NATURALS," when in fact the Products contain unnatural and synthetic ingredients was an immediate cause of Plaintiff Hain's decision to purchase the Products.  In all reasonable probability, he would not have agreed to purchase the Product, or would

have sought materially different terms, had he known that the Defendant's representation was false and misleading.

25.     Plaintiff would purchase Suave Naturals products again if the advertising of the products were to be truthful in the future, such as through a change in the formulation of the products that would cause the current naturals claims on the products' labels to be truthful and not misleading

26.     Conopco's misrepresentation that the Products are "NATURALS," when in fact they were made with synthetic and unnatural ingredients, played a substantial part, and so had been a substantial factor in, Plaintiff Hain's decision to purchase Suave Naturals.

**Defendant**

27.     Defendant Conopco, Inc., is a corporation organized under the laws of the State of New York.  Conopco's principal executive office is located at 700 Sylvan Avenue, Englewood Cliffs, New Jersey 07632.

## JURISDICTION AND VENUE

28.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because there are more than 100 Class Members, the aggregate amount in controversy exceeds $5,000,000.00, exclusive of interest, fees, and costs, and at least one Class member is a citizen of a state different from at least one Defendant.

29.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendant does business throughout this District, Plaintiff purchased Suave Naturals several times in this District, and Suave Naturals are sold extensively in this District.

## FACTUAL ALLEGATIONS

30.     Defendant sells several types of personal care products, including shampoo, conditioner, body wash, and body lotion, under the "Suave NATURALS" brand that are widely used by both children and adults.

31.     As discussed above, on the Product labels, Defendant prominently markets the Products as "NATURALS," states they are "infused with" various

natural-sounding ingredients, and features picturesque natural scenery and objects on the Product labeling.

32.     Additionally, Defendant named almost all of the Suave Naturals Product varieties after natural environments or objects such as fruits, including but not limited to "Rainforest Fresh," "Everlasting Sunshine," "Tropical Coconut," "Waterfall Mist," "Ocean Breeze," "Sun-Ripened Strawberry," "Wild Cherry Blossom," "Juicy Green Apple," "Aloe & Water Lily," "Soothing Lavender Lilac," "Sweet Pea Violet," "Creamy Milk & Honey Splash," "Creamy Apricot & Orange Blossom," "Creamy Cocoa Butter & Shea," "Mango Mandarin," and "Lavender Vanilla." *E.g.*, Exhibit 1.

33.     Thus, Defendant's Products use a variety of names that mislead consumers to believe the Products consist of numerous natural ingredients and/or obscure the overwhelming quantity of unnatural, synthetic ingredients that actually comprise the Products.

34.     Consumers, including Plaintiff and the other members of the "Class" (as defined below), frequently rely on label representations and information in making purchase decisions.

35.     Despite knowing that the synthetic ingredients are not natural and that its Products consist of numerous synthetic ingredients, Defendant has engaged in a widespread marketing and advertising campaign to portray the Products as "NATURALS" and to otherwise represent that the Products are natural, as discussed above.

36.     Defendant labels the Products as "NATURALS" and with the other representations/imagery discussed above to induce consumers to purchase its Products over competing ones.

37.     Defendant's representation that the Products are "NATURALS" is false and misleading because products containing synthetic ingredients are unnatural.  A reasonable consumer believes that Products labeled "NATURALS" do not contain

unnatural, synthetic ingredients; in fact, however, the Products do contain such ingredients.

38.     Further, because Suave Naturals contain synthetic and unnatural ingredients, Defendant's claims that the Products are "infused with" various natural-sounding ingredients, as well as Defendant's use of images of natural scenery or objects and natural-sounding Product names, on the Product labeling and in the Product marketing are misleading.  Statements that the Products are "infused with" various natural-sounding ingredients, imagery of natural scenery or objects, and natural-sounding Product names on the Product labels suggest to a reasonable consumer that the Products do not contain unnatural and synthetic ingredients; in fact, however, the Products do contain such ingredients.

39.     Plaintiff and the other members of the Class reasonably relied to their detriment on Defendant's false and misleading representations and omissions. Defendant's misleading affirmative statements that the Products are "NATURALS," as well as its other representations/imagery indicating the Products are natural, obscured the material facts that Defendant failed to disclose about the unnaturalness of its Products, including in particular the fact that the Products contain synthetic ingredients.

40.     Plaintiff and the other Class members were among the intended recipients of Defendant's deceptive representations and omissions described herein. Defendant's deceptive representations and omissions, as described herein, are material in that a reasonable person would attach importance to such information and would be induced to act upon such information in making purchase decisions.

41.     Plaintiff and the Class members purchased the Products because they wanted natural personal care products.

42.     Defendant's deceptive representations and omissions injured Plaintiff because they would not have purchased the Products, or would not have purchased the Products at a premium price, had they been truthfully advertised and labeled.

43.     The materiality of the representations and omissions described herein establishes causation between Defendant's conduct and the injuries that Plaintiff and the Class members sustained.

44.     Defendant's false, misleading, and deceptive misrepresentations and omissions, as described herein, are likely to continue to deceive and mislead reasonable consumers and the general public.  Indeed, they have already deceived and misled Plaintiff and the other Class members.

45.     In making the false, misleading, and deceptive representations and omissions set forth herein, Defendant knew and intended that consumers would pay for natural products in lieu of comparable products that are not full of synthetic ingredients, furthering Defendant's private interest of increasing sales for its Products and decreasing the sales of products that Defendant's competitors truthfully offer as "natural" or "naturals."

46.     As an immediate, direct, and proximate result of Defendant's false, misleading, and deceptive representations and omissions (as detailed herein), Defendant injured Plaintiff and the other Class members in that they:

a)  paid a sum of money for Products that were not as represented;

b)  were deprived the benefit of the bargain because the Products they purchased were different than what Defendant warranted;

c)  were deprived the benefit of the bargain because the Products they purchased had less value than what was represented by Defendant;

d)  did not receive Products that measured up to their expectations as created by Defendant;

e)  were denied the benefit of truthful cosmetic labels; and

f)  were denied the benefit of the beneficial properties of the natural cosmetics promised.

47.     Plaintiff and the other Class members all paid money for the Products. However, Plaintiff and the Class members did not obtain the full value of the advertised Products due to Defendant's misrepresentations and omissions, as detailed herein.  Plaintiff and the Class members purchased, and/or purchased more of, the Products than they would have had they known the truth about the Products' unnaturalness.  Accordingly, Plaintiff and the Class members have suffered injury in fact and lost money or property as a result of Defendant's wrongful conduct.

## CLASS ALLEGATIONS

48.     Plaintiff brings this action as a class action under Federal Rule of Civil Procedure 23 on behalf of a Class consisting of all persons in the United States who, within the relevant statute of limitations period, purchased Suave Naturals (the "Class").

49.     Plaintiff also seeks to represent a subclass defined as all members of the Class who purchased Suave Naturals in California (the "California Subclass").

50.     Plaintiff also seeks to represent a subclass defined as all members of the Class who purchased Suave Naturals in California (the "New York Subclass").

51.     Excluded from the Classes are the Defendant, the officers and directors of the Defendant at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which either Defendant has or had a controlling interest.

52.     Also, excluded from the Classes are persons or entities that purchased Suave Naturals for purposes of resale.

53.     Plaintiff is a member of the Classes he seeks to represent.

54.     The Classes are so numerous that joinder of all members is impractical. Although Plaintiff does not yet know the exact size of the Classes, Suave Naturals is sold in major retail stores across the United States, including stores such as Target, and Walmart.  Major online retailers include Amazon.com and Walgreens.com. Upon information and belief, the Class includes more than one million members.

55.    The Class is ascertainable because the Class Members can be identified by objective criteria – the purchase of Suave Naturals during the Class Period. Individual notice can be provided to Class Members "who can be identified through reasonable effort."  Fed. R. Civ. P. 23(c)(2)(B).

56.    There are numerous questions of law and fact common to the Class which predominate over any individual actions or issues, including but not limited to:

(a)    Whether Defendant breached an express warranty made to Plaintiff and the Class;

(b)    Whether Defendant labeled, marketed, advertised, and/or sold the Products to Plaintiff and Class Members using false, misleading, and/or deceptive statements or representations, including statements or representations concerning the nature, quality, and/or ingredients of the Products;

(c)    Whether Defendant's labeling, marketing, advertising, and/or selling of the Products as "NATURALS" and as natural constitutes an unfair or deceptive consumer sales practice

(d)    Whether Defendant's labeling, marketing, advertising, and/or selling of the Products as "NATURALS" and as natural constitutes fraud;

(e)    Whether Defendant violated the CLRA;

(f)    Whether Defendant violated the UCL;

(g)    Whether Defendant violated the FAL;

(h)    Whether Defendant violated GBL § 349;

(i)    Whether Defendant violated GBL § 350;

(j)    Whether Class Members suffered an ascertainable loss as a result of Defendant's misrepresentations; and

(k)    Whether, as a result of Defendant's misconduct as alleged herein, Plaintiff and the Class Members are entitled to restitution, injunctive and/or monetary relief and, if so, the amount and nature of such relief.

57.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendant's wrongful conduct. Plaintiff has no interests antagonistic to the interests of the other members of the Class.  Plaintiff and all members of the Class have sustained economic injury arising out of Defendant's violations of common and statutory law as alleged herein.

58.     Plaintiff is an adequate representative of the Class because his interests do not conflict with the interests of the Class Members he seeks to represent, he has retained counsel competent and experienced in prosecuting class actions, and he intends to prosecute this action vigorously.  Plaintiff and his counsel will fairly and adequately protect the interests of the Class Members.

59.     The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Plaintiff and the Class Members.  Each individual Class Member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability.  Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case.  Individualized litigation also presents a potential for inconsistent or contradictory judgments.  In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability.  Class treatment of the liability issues will ensure that all claims are consistently adjudicated.

## COUNT I

## (Breach of Express Warranty)

60.     Plaintiff repeats the allegations contained in the paragraphs above as if fully set forth herein.

61.     Plaintiff brings this Count individually and on behalf of the members of the Class and Subclasses against the Defendant.

62.     Conopco provided Plaintiff and Class Members with written express warranties including, but not limited to, warranties that the Products were "NATURALS" and were natural, as set forth above.

63.     Conopco breached these warranties because the Products contain unnatural and synthetic ingredients and that did not otherwise conform to its warranties, as detailed above.

64.     This breach resulted in damages to Plaintiff and Class Members, who bought Products, but did not receive the goods as warranted, in that the Products were not "NATURALS" or natural because they contained synthetic and unnatural ingredients

65.     As a direct and proximate result of these acts, consumers have been and are being harmed.  Plaintiff and Class members have suffered injury and actual out-of-pocket losses as a result of Defendant's breach of the express warranty because: (a) Plaintiff and the Class Members either would not have purchased Suave Naturals, or would have sought materially different terms if they had known the true facts; (b) Plaintiff and the Class paid an increased price for Suave Naturals due to the mislabeling of Suave Naturals; and (c) Suave Naturals did not have the level of quality, or value as promised.

## **COUNT II**

## **(Fraud)**

66.     Plaintiff repeats the allegations contained in the foregoing paragraphs as if fully set forth herein.

67.     Plaintiff brings this claim individually and on behalf of the members of the Class and Subclasses against the Defendant.

68.     At all relevant times, Defendant has intentionally misrepresented material facts about the Products by advertising, marketing, distributing, and/or selling the Products to Plaintiff and the Class members with claims that they are "NATURALS" and natural, as detailed herein.

69. At the time Defendant made the misrepresentations herein alleged, Defendant knew the products were not "NATURALS" or natural because they contained synthetic ingredients.

70. Defendant intentionally, willingly, and maliciously misrepresented the Products as "NATURALS" and natural with the purpose of inducing Plaintiff and the Class members to rely on those misrepresentations and inducing Plaintiff and the Class members to purchase the Products. Plaintiff and the Class members reasonably relied on Defendant's representations that the Products were "NATURALS" and natural, as set forth herein, and, in reasonable reliance thereon, purchased the Products.

71. Plaintiff and the Class members were ignorant as to the falsity of Defendant's "NATURALS" and natural misrepresentations, as set forth herein, and either would not have purchased the Products, or would have sought materially different terms, had they known the Products were not "NATURALS" or natural because they contained unnatural and synthetic ingredients. Plaintiff and the Class members are not sophisticated experts with independent knowledge of the formulation of Suave Naturals, and they acted reasonably when they justifiably relied upon Defendant's fraudulent representations.

72. As a direct and proximate result of this fraud, Plaintiff and Class Members have been and are being harmed. Plaintiff and Class members have suffered injury and actual out-of-pocket losses as a result of Defendant's fraud because: (a) Plaintiff and the Class Members either would not have purchased Suave Naturals, or would have sought materially different terms if they had known the true facts; (b) Plaintiff and the Class paid an increased price for Suave Naturals due to the mislabeling of Suave Naturals; and (c) Suave Naturals did not have the level of quality, or value as promised.

---

CLASS ACTION COMPLAINT                                                17

## COUNT III

### (Consumer Legal Remedies Act, Civil Code §§ 1750, *et. seq.*)

73.    Plaintiff repeats the allegations contained in the paragraphs above as if fully set forth herein.

74.    Plaintiff brings this cause of action pursuant to California's Consumers Legal Remedies Act, Cal. Civ. Code § 1750 *et seq.* (the "CLRA"), on behalf of himself and the California Subclass.

75.    Plaintiff and the California Class Members are consumers who purchased Suave Natruals for personal, family, or household purposes.  Accordingly, Plaintiff and the California Class Members are "consumers" as that term is defined by the CLRA in Cal. Civ. Code § 1761(d).

76.    At all relevant times, Suave Naturals constituted a "good" as that term is defined in Cal. Civ. Code § 1761(a).

77.    At all relevant times, Defendant was a "person" as that term is defined in Civ. Code § 1761(c).

78.    At all relevant times, Plaintiff's purchase of Suave Naturals, and the purchases of Suave Naturals by other Class Members, constituted  "transactions" as that term is defined in Cal. Civ. Code § 1761(e).  Defendant's actions, representations, and conduct has violated, and continues to violate the CLRA, because they extend to transactions that intended to result, or which have resulted in, the sale of Suave Naturals to consumers.

79.    The policies, acts, and practices described in this Complaint were intentionally, willingly, and maliciously undertaken to deceive consumers and thereby result in the sale of Suave Naturals to Plaintiff and the California Subclass. Defendant's deception succeeded.  Defendant's practices, acts, policies, and course of conduct violated the CLRA §1750 *et seq.* as described above.

80.     Defendant represented that Suave Naturals was of a particular standard, quality, and grade, when it was another, in violation of California Civil Code § 1770(a)(7).

81.     As alleged more fully above, Defendant has violated the CLRA by falsely and misleadingly representing to Plaintiff and the California Subclass members that the Products are "NATURALS" and are natural, when, in fact, the Products are comprised mostly of unnatural and synthetic ingredients.

82.     As a result of engaging in such conduct, Defendant has violated California Civil Code section 1770(a)(5), (a)(7), and (a)(9).

83.     Pursuant to California Civil Code section 1780(a)(2) and (a)(5), Plaintiff seeks an Order of this Court that includes, but is not limited to, an Order enjoining Defendant from continuing to engage in unlawful, unfair, or fraudulent business practices or any other act prohibited by law.

84.     Plaintiff and the California Class Members suffered injuries caused by Defendant's misrepresentations because: (a) Plaintiff and the Class Members either would not have purchased Suave Naturals, or would have sought materially different terms if they had known the true facts; (b) Plaintiff and the Class paid an increased price for Suave Naturals due to the mislabeling of Suave Naturals; and (c) Suave Naturals did not have the level of quality, or value as promised.

85.     Prior to the filing of this Complaint, a CLRA notice letter was served on Defendant that complies in all respects with California Civil Code § 1782(a).  A true and correct copy of Plaintiff's letter is attached as Exhibit 2.  On April 3, 2017, Plaintiff served Defendant a letter via certified mail, return receipt requested, advising Defendant that it is in violation of the CLRA and must correct, repair, replace, or otherwise rectify the goods alleged to be in violation of § 1770. Defendant was further advised that in the event that the relief requested had not been provided within thirty days, Plaintiff would bring an action for damages pursuant to the CLRA.

86.     Wherefore, Plaintiff seeks damages, restitution, and injunctive relief for this violation of the CLRA.

## COUNT IV

### (False Advertising Law, Business & Professions Code §§17500 *et seq.*)

87.     Plaintiff repeats the allegations contained in the paragraphs above as if fully set forth herein.

88.     Plaintiff brings this Count on behalf of the California Class.

89.     California's FAL (Bus. & Prof. Code §§17500, *et seq.*) makes it "unlawful for any person to make or disseminate or cause to be made or disseminated before the public in this state, . . . in any advertising device . . . or in any other manner or means whatever, including over the Internet, any statement, concerning . . . personal property or services, professional or otherwise, or performance or disposition thereof, which is untrue or misleading and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

90.     Throughout the Class Period, Defendant committed acts of false advertising, as defined by the FAL, by using false and misleading statements to promote the sale of Suave Naturals, as described above, and including, but not limited to, representing that Suave Naturals is a natural when in fact it contains numerous synthetic ingredients.

91.     Defendant knew or should have known, through the exercise of reasonable care, that their statements were untrue and misleading.

92.     Defendant's actions in violation of the FAL were false and misleading such that the general public is and was likely to be deceived.

93.     As a direct and proximate result of these acts, consumers have been and are being harmed.  Plaintiff and members of the California Subclass have suffered injury and actual out-of-pocket losses as a result of Defendant's FAL violation because: (a) Plaintiff and the Class Members either would not have purchased Suave

Naturals, or would have sought materially different terms if they had known the true facts; (b) Plaintiff and the Class paid an increased price for Suave Naturals due to the mislabeling of Suave Naturals; and (c) Suave Naturals did not have the level of quality, or value as promised.

94.    Plaintiff brings this action pursuant to Bus. & Prof. Code § 17535 for injunctive relief to enjoin the practices described herein and to require Defendant to issue corrective disclosures to consumers.  Plaintiff and the California Class are therefore entitled to: (a) an order requiring Defendant to cease the acts of unfair competition alleged herein; (b) full restitution of all monies paid to Defendant as a result of their deceptive practices; (c) interest at the highest rate allowable by law; and (d) the payment of Plaintiff's attorneys' fees and costs pursuant to, *inter alia*, California Code of Civil Procedure §1021.5.

## COUNT V

## (Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.*)

95.    Plaintiff repeats the allegations contained in the paragraphs above as if fully set forth herein.

96.    Plaintiff brings this Count individually and on behalf of the California Subclass against Defendant.

97.    The UCL, Bus. & Prof. Code § 17200 *et seq.*, provides, in pertinent part: "Unfair competition shall mean and include unlawful, unfair or fraudulent business practices and unfair, deceptive, untrue or misleading advertising …."  The UCL also provides for injunctive relief and restitution for UCL violations.

98.    "By proscribing any unlawful business practice, section 17200 borrows violations of other laws and treats them as unlawful practices that the UCL makes independently actionable."  *Cel-Tech Communications, Inc. v. Los Angeles Cellular Telephone Co.*, 20 Cal. 4th 163, 180 (1999) (citations and internal quotation marks omitted).

99.     Virtually any law or regulation – federal or state, statutory, or common law – can serve as a predicate for an UCL "unlawful" violation.  *Klein v. Chevron U.S.A., Inc.*, 202 Cal. App. 4th 1342, 1383 (2012).

100.   Defendant's conduct, described herein, violated the "unlawful" prong of the UCL by violating the CLRA and FAL.

101.   Defendant's conduct, described herein, violated the "unfair" prong of the UCL by misrepresenting the Products as "NATRUALS" or natural, when in fact the Products contain synthetic and unnatural ingredients.

102.   Defendant's conduct, described herein, violated the "fraudulent" prong of the UCL by misrepresenting the Products as "NATRUALS" or natural, when in fact the Products contain synthetic and unnatural ingredients.

103.   Plaintiff and the California Subclass members are not sophisticated experts with independent knowledge of the formulation of Suave Naturals, and they acted reasonably when they purchased Suave Naturals based on their belief that Defendant's representations were true.

104.   Defendant knew or should have known, through the exercise of reasonable care, that their representations about Suave Naturals were untrue and misleading.

105.   As a direct and proximate result of these acts, consumers have been and are being harmed.  Plaintiff and members of the California Subclass have suffered injury and actual out-of-pocket losses as a result of Defendant's UCL violation because: (a) Plaintiff and the Class Members either would not have purchased Suave Naturals, or would have sought materially different terms if they had known the true facts; (b) Plaintiff and the Class paid an increased price for Suave Naturals due to the mislabeling of Suave Naturals; and (c) Suave Naturals did not have the level of quality, or value as promised.

106.   Pursuant to Bus. & Prof. Code §17203, Plaintiff and the California Class are therefore entitled to: (a) an order requiring Defendant to cease the acts of

unfair competition alleged herein; (b) full restitution of all monies paid to Defendant as a result of their deceptive practices; (c) interest at the highest rate allowable by law; and (d) the payment of Plaintiff's attorneys' fees and costs pursuant to, *inter alia*, California Code of Civil Procedure §1021.5.

## COUNT VI

### (Violation of New York General Business Law § 349)

107.    Plaintiff repeats the allegations contained in the paragraphs above as if fully set forth herein.

108.    Plaintiff brings this Count individually and on behalf of the members of the New York Subclass.

109.    GBL § 349 prohibits "deceptive acts or practices in the conduct of any business, trade or commerce or in the furnishing of any service in [New York]."

110.    As fully alleged above, by advertising, marketing, distributing, and/or selling the Products with claims that they were "NATURALS" and otherwise natural to Plaintif Hain and the New York Subclass members, Defendant engaged in, and continues to engage in, deceptive acts and practices because the Products are in fact made from unnatural and synthetic ingredients.

111.    Plaintiff Hain and the New York Subclass members believed Defendant's representations that the Products they purchased were "NATURALS" and natural.  Plaintiff Hain and the New York Subclass members would not have purchased the Products at a premium price had they known the Products were not actually "NATURALS" or natural because they contained synthetic ingredients.

112.    Plaintiff and the New York Subclass members were injured in fact and lost money as a result of Defendant's conduct of improperly describing the Products as "NATURALS" and natural.  Plaintiff Hain and the New York Subclass members paid for "NATURALS" and natural Products, but did not receive such Products.

113.    As a direct and proximate result of these acts, consumers have been and are being harmed.  Plaintiff and members of the New York Subclass have suffered

injury and actual out-of-pocket losses as a result of Defendant's GBL violation because: (a) Plaintiff and the Class Members either would not have purchased Suave Naturals, or would have sought materially different terms if they had known the true facts; (b) Plaintiff and the Class paid an increased price for Suave Naturals due to the mislabeling of Suave Naturals; and (c) Suave Naturals did not have the level of quality, or value as promised.

114.   By reason of the foregoing, Defendant's conduct, as alleged herein, constitutes deceptive acts and practices in violation of GBL 349, and Defendant is liable to Plaintiff Hain and the New York Subclass members for the actual damages that they have suffered as a result of Defendant's actions.  The amount of such damages is to be determined at trial, but will not be less than $50.00 per violation. N.Y. Gen. Bus. Law § 349(h).

115.   Plaintiff and the New York Subclass members seek to enjoin such unlawful, deceptive acts and practices described above. Each of the New York Subclass members will be irreparably harmed unless the Court enjoins Defendant's unlawful, deceptive actions in that Defendant will continue to falsely and misleadingly advertise the Products as "NATURALS" and as natural, as detailed herein.

116.   Plaintiff and the New York Subclass members seek declaratory relief, restitution for monies wrongfully obtained, disgorgement of ill-gotten revenues and/or profits, injunctive relief prohibiting Defendant from continuing to disseminate its false and misleading statements, and other relief allowable under GBL 349.

## COUNT VII

### Violation of New York Gen. Bus. Law § 350

117.   Plaintiff repeats the allegations in the foregoing paragraphs as if fully set forth herein.

118.   Plaintiff Hain bring this claim individually and on behalf of the members of the New York Subclass against Defendant.

119.   By the acts and conduct alleged herein, Defendant committed unfair or deceptive acts and practices for the purpose of generating retail sales, which could and did increase the amount of wholesale sales to Defendant.

120.   The foregoing deceptive acts and practices were directed at consumers.

121.   The foregoing deceptive acts and practices are misleading in a material way because they fundamentally misrepresent the characteristics and benefits of the Products to induce consumers to purchase the same.

122.   Based on the foregoing, Defendant has engaged in consumer-oriented conduct that is deceptive or misleading in a material way, which constitutes false advertising in violation of Section 350 of the New York General Business Law.

123.   Defendant's misrepresentation resulted in consumer injury and harm to the public interest.

124.   As a direct and proximate result of these acts, consumers have been and are being harmed.  Plaintiff and members of the New York Subclass have suffered injury and actual out-of-pocket losses as a result of Defendant's GBL violation because: (a) Plaintiff and the Class Members either would not have purchased Suave Naturals, or would have sought materially different terms if they had known the true facts; (b) Plaintiff and the Class paid an increased price for Suave Naturals due to the mislabeling of Suave Naturals; and (c) Suave Naturals did not have the level of quality, or value as promised.

125.   As a result of Defendant's misrepresentation, Plaintiff Hain and members of the New York Subclass have suffered economic injury.  Plaintiff Hain and members of the New York Subclass suffered an ascertainable loss caused by Defendant's misrepresentation equal to the price premium they paid for the Products.

126.   On behalf of themselves and other members of the New York Subclass, Plaintiff Hain seek to enjoin the unlawful acts and practices described herein, to recover actual damages or five hundred dollars, whichever is greater, three times actual damages, and reasonable attorneys' fees.

1    **WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

2       A.    Determining that this action is a proper class action;

3       B.    For an order declaring that the Defendant's conduct violates the statutes

4    referenced herein;

5       C.    Awarding compensatory and punitive damages in favor of Plaintiff,

6    members of the Class, and the Subclasses against Defendant for all damages

7    sustained as a result of the Defendant's wrongdoing, in an amount to be proven at

8    trial, including interest thereon;

9       D.    Awarding injunctive relief against Defendant to prevent Defendant

10   from continuing their ongoing unfair, unconscionable, and/or deceptive acts and

11   practices;

12      E.    For an order of restitution and/or disgorgement and all other forms of

13   equitable monetary relief;

14      F.    Awarding Plaintiff and members the Class their reasonable costs and

15   expenses incurred in this action, including counsel fees and expert fees; and

16      G.    Awarding such other and further relief as the Court may deem just and

17   proper.

18                              <u>**JURY DEMAND**</u>

19      Plaintiff hereby demands a trial by jury on all claims so triable in this action.

20

21   Dated:  May 15, 2017            Respectfully submitted,

22                                   **BURSOR & FISHER, P.A.**

23                                   By:_____ */s/ Yeremey O. Krivoshey*_____
                                                    Yeremey O. Krivoshey
24

25                                   L. Timothy Fisher (State Bar No. 191626)
                                     Joel D. Smith (State Bar No. 244902)
26                                   Yeremey O. Krivoshey (State Bar No.295032)
                                     Thomas A. Reyda (State Bar No. 312632)
27                                   1990 North California Blvd., Suite 940
                                     Walnut Creek, CA  94596
28                                   Telephone: (925) 300-4455

---

CLASS ACTION COMPLAINT                                              26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       jsmith@bursor.com
       ykrivoshey@bursor.com
       treyda@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Counsel for Plaintiff*

## Venue Declaration Pursuant to California Civil Code § 1780(d)

I, Yeremey Krivoshey, declare as follows:

1.     I am counsel for Plaintiff, and I am an associate at Bursor & Fisher, P.A.  I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

2.     The complaint filed in this action is filed in the proper place for trial because a substantial portion of the transaction occurred in this District, in that Plaintiff alleges that he purchased Suave NATURALS shampoo and conditioner, the products at issue in the complaint, in this District.

3.     Plaintiff alleges that he purchased Suave Naturals shampoo and conditioner in Santa Monica, California.  He alleges that Defendant's representation that the products are "NATURALS," when in fact they were made with synthetic and unnatural ingredients, played a substantial part, and so had been a substantial factor in, Plaintiff's decision to purchase the products.  Accordingly, Plaintiff alleges that he lost money as a result of Defendant's false and misleading advertising.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on May 15, 2017 at Walnut Creek, California.


_____*/s/ Yeremey Krivoshey*_____
Yeremey Krivoshey

**EXHIBIT 1**

Packaging and Ingredients for
Suave® NATURALS rainforest fresh™ SHAMPOO



Ingredients

Water (Aqua)
Sodium Laureth Sulfate
Cocamide MEA
Ammonium Chloride
Fragrance (Parfum)
Hydroxypropyl Methylcellulose
Tetrasodium EDTA
DMDM Hydantoin
Citric Acid
Methylchloroisothiazolinone
Methylisothiazolinone
PPG-9
Bambusa Arundinacea Stem Extract
Aloe Barbadensis Leaf Extract
Blue 1 (CI 42090)
Yellow 5 (CI 19140)

1

Packaging and Ingredients for
Suave® NATURALS everlasting sunshine SHAMPOO





Ingredients
Water (Aqua)
Sodium Laureth Sulfate
Ammonium Chloride
Fragrance (Parfum)
Glycol Distearate
Hydroxypropyl Methylcellulose
Cocamide MEA
Tetrasodium EDTA
Cocamidopropyl Betaine
DMDM Hydantoin
Citric Acid
Methylchloroisothiazolinone
Methylisothiazolinone
PPG-9
Polysorbate 20
Euterpe Oleracea Fruit Oil
Vanilla Planifolia Fruit Extract
Passiflora Incarnata Flower Extract
Yellow 5 (Cl 19140)
Red 33 (CI 17200)

Packaging and Ingredients for
Suave® NATURALS tropical coconut SHAMPOO



Enjoy the nourishing scent of coconut as gentle cleansers bring out the natural beauty of your hair.

**TO USE:** Massage through wet hair and rinse well. Follow with Tropical Coconut Conditioner.

Did you know that your family could save up to $150 and 3,200 gallons of water per year by turning off the water when you shampoo & condition?**

Biodegradable formula. Please recycle.

The Suave Promise: We guarantee your full satisfaction. For details, visit www.suave.com or call us at 1-800-782-8301.

INGREDIENTS: Water (Aqua), Sodium Laureth Sulfate, Cocamide MEA, Ammonium Chloride, Glycol Distearate, Fragrance (Parfum), Ammonium Laureth Sulfate, Ammonium Lauryl Sulfate, Hydroxypropyl Methylcellulose, Tetrasodium EDTA, DMDM Hydantoin, Citric Acid, Ammonium Xylenesulfonate, Propylene Glycol, Tocopheryl Acetate (Vitamin E Acetate), Isopropyl Palmitate, Methylchloroisothiazolinone, Methylisothiazolinone, Silk Amino Acids, Honey, PPG-9, Urtica Dioica (Nettle) Extract, Rosmarinus Officinalis (Rosemary) Leaf Extract, Cocos Nucifera (Coconut) Fruit Extract.

**vs. previous Suave® Naturals formulation
**Avg. family size: 3

A Unilever BRAND
Dist. by © Unilever
Trumbull, CT 06611
Made in USA
83156679

0  79400 71610  1

Ingredients
Water (Aqua)
Sodium Laureth Sulfate
Cocamide MEA
Ammonium Chloride
Glycol Distearate
Fragrance (Parfum)
Ammonium Laureth Sulfate
Ammonium Lauryl Sulfate
Hydroxypropyl Methylcellulose
Tetrasodium EDTA
DMDM Hydantoin
Citric Acid
Ammonium Xylenesulfonate
Propylene Glycol
Tocopheryl Acetate [Vitamin E Acetate]
Isopropyl Palmitate
Methylchloroisothiazolinone
Methylisothiazolinone
Silk Amino Acids
Honey
PPG-9
Urtica Dioica (Nettle) Extract
Rosmarinus Officinalis (Rosemary) Leaf Extract
Cocos Nucifera (Coconut) Fruit Extract

3

Packaging and Ingredients for
Suave® NATURALS daily clarifying SHAMPOO





Ingredients
Water (Aqua)
Sodium Laureth Sulfate
Cocamide MEA
Ammonium Chloride
Fragrance (Parfum)
Hydroxypropyl Methylcellulose
Tetrasodium EDTA
DMDM Hydantoin
Citric Acid
Tocopheryl Acetate [Vitamin E Acetate]
Methylchloroisothiazolinone
Methylisothiazolinone
PPG-9
Blue 1 (CI 42090)
Red 33 (CI 17200)

4

Packaging and Ingredients for
Suave® NATURALS refreshing waterfall mist SHAMPOO



Ingredients
Water (Aqua)
Sodium Laureth Sulfate
Cocamide MEA
Ammonium Chloride
Fragrance (Parfum)
Hydroxypropyl Methylcellulose
Tetrasodium EDTA
DMDM Hydantoin
Citric Acid
Tocopheryl Acetate [Vitamin E Acetate]
Methylchloroisothiazolinone
Methylisothiazolinone
PPG-9
Spirulina Maxima Extract
Mentha Aquatic Leaf Extract
Nymphaea Alba Flower Extract
Blue 1 (CI 42090)
Red 33 (Cl 17200)

Packaging and Ingredients for
Suave® NATURALS ocean breeze SHAMPOO





Ingredients
Water (Aqua)
Sodium Laureth Sulfate
Cocamide MEA
Ammonium Chloride
Fragrance (Parfum)
Hydroxypropyl Methylcellulose
Tetrasodium EDTA
DMDM Hydantoin
Citric Acid
Tocopheryl Acetate [Vitamin E Acetate]
Methylchloroisothiazolinone
Methylisothiazolinone
Sorbitol
PPG-9
Algae Extract
Blue 1 (CI 42090)
Yellow 5 (CI 19140)

Packaging and Ingredients for
Suave® NATURALS sun-ripened strawberry SHAMPOO



Ingredients

Water (Aqua)
Sodium Laureth Sulfate
Ammonium Chloride
Cocamide MEA
Fragrance (Parfum)
Hydroxypropyl Methylcellulose
Tetrasodium EDTA
DMDM Hydantoin
Citric Acid
Tocopheryl Acetate [Vitamin E Acetate]
Propylene Glycol
Methylchloroisothiazolinone
Polysorbate 20
Methylisothiazolinone
PPG-9
Fragaria Vesca (Strawberry) Juice
Red 33 (CI 17200)
Yellow 5 (CI 19140)

Packaging and Ingredients for
Suave® NATURALS soothing lavender lilac SHAMPOO



Ingredients

Water, (Aqua)
Sodium Laureth Sulfate
Cocamide MEA
Ammonium Chloride
Fragrance (Parfum)
Hydroxypropyl Methylcellulose
Tetrasodium EDTA
DMDM Hydantoin
Citric Acid
Tocopheryl Acetate [Vitamin E Acetate]
Panthenol
Propylene Glycol
Methylchloroisothiazolinone
Methylisothiazolinone
Pp-9
Passiflora Edulis Flower Extract
Mentha Piperita (Peppermint) Leaf Extract
Rose (Rose Canina) Extract
Lavandula Angustifolia (Lavender) Extract
Red 3

Packaging and Ingredients for
Suave® NATURALS almond verbena 2IN1 SHAMPOO + CONDITIONER



Ingredients

Water (Aqua)
Sodium Laureth Sulfate
Cocamide MEA
Ammonium Chloride
Glycol Distearate
Fragrance (Parfum)
Carbomer
Dimethiconol
Citric Acid
Tetrasodium EDTA
Guar Hydroxypropyltrimonium Chloride
DMDM Hydantoin
Cocamidopropyl Betaine
TEA-Dodecylbenzenesulfonate
Caramel
Tocopheryl Acetate
Prunus Amygdalus Dulcis (Sweet Almond) Oil
Methylchloroisothiazolinone
Methylisothiazolinone
PPG-9

Packaging and Ingredients for
Suave® NATURALS rainforest fresh™ CONDITIONER



<u>Ingredients</u>

Water (Aqua)
Cetyl Alcohol
Stearamidoethyl Diethylamine
Fragrance (Parfum)
Lactic Acid
Potassium Chloride
Disodium EDTA
PEG-150 Distearate
2-Bromo-2-Nitropropane-1,3-Diol
Methylchloroisothiazolinone
Methylisothiazolinone
Bambusa Arundinacea Stem Extract
Aloe Barbadensis Leaf Extract
Blue 1 Lake (CI 42090)
Yellow 5 (CI 19140)

10

Packaging and Ingredients for
Suave® NATURALS tropical coconut CONDITIONER



Ingredients

Water (Aqua)
Cetyl Alcohol
Stearamidopropyl Dimethylamine
Lactic Acid
Potassium Chloride
Fragrance (Parfum)
Disodium EDTA
PEG-150 Distearate
2-Bromo-2-Nitropropane-1,3-Diol
Methylchloroisothiazolinone
Methylisothiazolinone
Propylene Glycol
Tocopheryl Acetate [Vitamin E Acetate]
Silk Amino Acids
Honey
Urtica Dioica (Nettle) Extract
Rosmarinus Officinalis (Rosemary) Leaf Extract
Cocos Nucifera (Coconut) Fruit Extract

Packaging and Ingredients for
Suave® NATURALS sun-ripened strawberry CONDITIONER



Ingredients

Water
Cetyl Alcohol
Lactic Acid
Stearamidopropyl Dimethylamine
Potassium Chloride
Fragrance
Disodium EDTA
PEG-150 Distearate
2-Bromo-2-Nitropropane-1,3-Diol
Vitamin E Acetate
Strawberry Juice
Polysorbate 20
Yellow 5
Red 33

Packaging and Ingredients for
Suave® NATURALS wild cherry blossom CONDITIONER



**INGREDIENTS:** Water (Aqua), Cetyl Alcohol, Stearamidopropyl Dimethylamine, Fragrance (Parfum), Lactic Acid, Potassium Chloride, Disodium EDTA, PEG-150 Distearate, 2-Bromo-2-Nitropropane-1,3-Diol, Tocopheryl Acetate [Vitamin E Acetate], Methylchloroisothiazolinone, Methylisothiazolinone, Prunus Serrulata Flower Extract, Red 33 (CI 17200), Yellow 5 (CI 19140).

Packaging and Ingredients for
Suave® NATURALS soothing lavender lilac CONDITIONER



<u>Ingredients</u>

Water, (Aqua)
Cetyl Alcohol
Stearamidopropyl Dimethylamine
Fragrance (Parfum)
Lactic Acid
Potassium Chloride
Disodium EDTA
DMDM Hydantoin
PEG-150 Distearate
Tocopheryl Acetate [Vitamin E Acetate]
Panthenol
Propylene Glycol
Methylchloroisothiazolinone
Methylisothiazolinone
Passiflora Edulis Flower Extract
Mentha Piperita (Peppermint) Leaf Extract
Rose (Rose Canina) Extract
Lavandula Angustifolia (Lavender) Extract
Red 33 (Ci 17200)
Blue 1 (Ci 42090)

Packaging and Ingredients for
Suave® NATURALS rainforest fresh BODY WASH



Ingredients
Water
Sodium Laureth Sulfate
Ammonium Chloride
Cocamide MEA
Fragrance (Parfum)
Glycerin
PPG-9
Citric Acid
Tetrasodium EDTA
Tocopheryl Acetate [Vitamin E Acetate]
Methylchloroisothiazolinone
Methylisothiazolinone
Bambusa Arundinacea Stem Extract
Phenoxyethanol
Aloe Barbadensis Leaf Extract
Blue 1 (CI 42090)
Yellow 5 (CI 19140)

15

Packaging and Ingredients for
Suave® NATURALS Creamy tropical coconut BODY WASH



Ingredients

Water
Ammonium Lauryl Sulfate
Ammonium Laureth Sulfate
Cocamidopropyl Betaine
Fragrance
Glycerin
Cocos Nucifera (Coconut) Extract
Tocopheryl Acetate (Vitamin E Acetate)
Cocamide MEA
PEG-5 Cocamide
Propylene Glycol
Polyquarternium-10
Glycol Stearate
Ammonium Chloride
Tetrasodium EDTA
Etidronic Acid
Methylchloroisothiazolinone
Methylisothiazolinone

16

Packaging and Ingredients for
Suave® NATURALS Everlasting Sunshine BODY LOTION



**Everlasting Sunshine**
BODY LOTION

Unique, silky, smooth formula glides
on easily and absorbs quickly,
leaving skin feeling soft, smooth,
and delightfully fragrant.

**For Soft Skin**
Clinically Proven Moisturization

For the ultimate fragrance
experience, use with Suave Naturals®
Everlasting Sunshine Body Wash,
Shampoo/Conditioner, and Deodorant

**To Use:** Smooth lotion on hands and body
every day to moisturize and fragrance skin.

INGREDIENTS: Water, Glycerin, Stearic Acid, Mineral Oil, Glycol Stearate, Dimethicone, Glyceryl Stearate, Triethanolamine, Cyclopentasiloxane, Fragrance, Cetyl Alcohol, Magnesium Aluminum Silicate, DMDM Hydantoin, Carbomer, Propylene Glycol, PEG/PPG-20/15 Dimethicone, Disodium EDTA, Methylparaben, Iodopropynyl Butylcarbamate, Stearamide AMP, Polysorbate 20, Euterpe Oleracea Fruit Oil, Passiflora Incarnata Flower Extract, Vanilla Planifolia Fruit Extract, Caramel, Titanium Dioxide, Yellow 5, Yellow 6.

Ingredients
Water (Aqua)
Glycerin
Stearic Acid
Mineral Oil
Glycol Stearate
Dimethicone
Glyceryl Stearate
Triethanolamine
Cyclopentasiloxane
Fragrance (Parfum)
Cetyl Alcohol
Magnesium Aluminum Silicate
DMDM Hydantoin
Carbomer
Propylene Glycol
PEG/PPG-20/15 Dimethicone
Disodium EDTA
Methylparaben
Iodopropynyl Butylcarbamate
Stearamide AMP
Polysorbate 20
Euterpe Oleracea Fruit Oil
Passiflora Incarnata Flower Extract
Vanilla Planifolia Fruit Extract
Caramel
Titanium Dioxide (CI 77891)
Yellow 5 (CI 19140)
Yellow 6 (CI 15985)

Packaging and Ingredients for
Suave® NATURALS Sweet Pea & Violet BODY LOTION



## Sweet Pea & Violet
### BODY LOTION

Our Sweet Pea & Violet lotion has a
fresh, uplifting fragrance that smells
as good as Bath & Body Works'!
Unique, silky, smooth formula glides
on easily and absorbs quickly, leaving
skin feeling soft, smooth, and
delightfully fragrant.

**For Soft Skin**

Long Lasting Fragrance

For the ultimate fragrance
experience, use with Suave Naturals
Sweet Pea & Violet Body Wash.

**To Use:** Smooth lotion on hands and body
every day to moisturize and fragrance skin.

**INGREDIENTS:** Water, Glycerin, Stearic Acid, Mineral Oil, Glycol Stearate, Dimethicone, Fragrance, Pisum Sativum (Pea) Extract, Viola Odorata Flower/Leaf Extract, Glyceryl Stearate, Triethanolamine, Cyclopentasiloxane, PEG/PPG-20/15 Dimethicone, Cetyl Alcohol, Magnesium Aluminum Silicate, Carbomer, Disodium EDTA, Stearamide AMP, Methylparaben, DMDM Hydantoin, Iodopropynyl Butylcarbamate, Blue 1, Red 33, Yellow 5, Titanium Dioxide.

Ingredients
Water (Aqua)
Glycerin
Stearic Acid
Mineral Oil
Glycol Stearate
Dimethicone
Fragrance (Parfum)
Pisum Sativum (Pea) Extract
Viola Odorata Flower/Leaf Extract
Glyceryl Stearate
Triethanolamine
Cyclopentasiloxane
PEG/PPG-20/15 Dimethicone
Cetyl Alcohol
Magnesium Aluminum Silicate
Carbomer
Disodium EDTA
Stearamide AMP
Methylparaben
DMDM Hydantoin
Iodopropynyl Butylcarbamate
Blue 1 (CI 42090)
Red 33 (CI 17200)
Yellow 5 (CI 19140)
Titanium Dioxide (CI 77891

18

Packaging and Ingredients for
Suave® NATURALS Lavender Vanilla BODY LOTION



<u>Ingredients</u>

Water
Glycerin
Stearic Acid
Mineral Oil (Paraffinum Liquidum)
Glycol Stearate
Dimethicone
Fragrance
Mangifera Indica (Mango) Fruit Extract
Citrus Nobilis (Mandarin Orange) Peel Oil

19

Packaging and Ingredients for
Suave® KiDS Naturals Head to Toe Wash soothing Lavender



<u>Ingredients</u>

Water (Aqua)
Sodium Laureth Sulfate
Cocamidopropyl Hydroxysultaine
Cocamidopropyl Betaine
PEG-150 Distearate
Dimethiconol
TEA-Dodecylbenzenesulfonate
Fragrance (Parfum)
Sodium Citrate
Polyquaternium-10
Laureth-23
Cyclomethicone
Glycerin
Tetrasodium EDTA
DMDM Hydantoin
Citric Acid
Methylchloroisothiazolinone
Methylisothiazolinone
Propylene Glycol
PPG-9
Lavandula Angustifolia (Lavender) Extract

**EXHIBIT 2**

# BURSOR & FISHER
### P.A.

1990 N. California Blvd.
SUITE 940
WALNUT CREEK, CA 94596
www.bursor.com

YEREMEY KRIVOSHEY
Tel: 925.300.4455
Fax: 925.407.2700
ykrivoshey@bursor.com

March 28, 2017

_**Via Certified Mail - Return Receipt Requested**_

**Conopco, Inc.**
C T Corporation System
818 W. 7th St. STE 930
Los Angeles, CA 90017

CT Corporation System
111 8th Avenue
New York, NY 10011

_Re:_     _Demand Letter Pursuant to California Civil Code § 1782, U.C.C. §§ 2-313, 2-314, and other applicable laws._

To Whom It May Concern:

This letter serves as a notice and demand for corrective action on behalf of my client, Leslie Craig Hain and all other persons similarly situated, arising from breaches of warranty and violations of numerous provisions of California and New York law including the Consumers Legal Remedies Act, Civil Code § 1770, including but not limited to subsections (a)(5), (7), and (9), and N.Y.G.B.L. §§ 349 and 350. This letter also serves as notice pursuant to Cal. Com. Code § 2607(3)(a) and U.C.C. 2-607(3)(A) concerning the breaches of express and implied warranties described herein.

You have participated in the manufacture, marketing, and sale of Suave NATURALS line of personal care products, including, but not limited to:

- Suave® NATURALS rainforest fresh™ SHAMPOO;
- Suave® NATURALS everlasting sunshine SHAMPOO;
- Suave® NATURALS tropical coconut SHAMPOO;
- Suave® NATURALS daily clarifying SHAMPOO;
- Suave® NATURALS refreshing waterfall mist SHAMPOO;
- Suave® NATURALS ocean breeze SHAMPOO;
- Suave® NATURALS sun-ripened strawberry SHAMPOO;
- Suave® NATURALS wild cherry blossom SHAMPOO;
- Suave® NATURALS juicy green apple SHAMPOO;

- Suave® NATURALS aloe & water lily SHAMPOO;
- Suave® NATURALS soothing lavender lilac SHAMPOO;
- Suave® NATURALS sweet pea violet SHAMPOO;
- Suave® NATURALS almond verbena 2IN1 SHAMPOO + CONDITIONER;
- Suave® NATURALS rainforest fresh™ CONDITIONER;
- Suave® NATURALS everlasting sunshine CONDITIONER;
- Suave® NATURALS tropical coconut CONDITIONER;
- Suave® NATURALS daily clarifying CONDITIONER;
- Suave® NATURALS waterfall mist CONDITIONER;
- Suave® NATURALS ocean breeze CONDITIONER;
- Suave® NATURALS sun-ripened strawberry CONDITIONER;
- Suave® NATURALS wild cherry blossom CONDITIONER;
- Suave® NATURALS juicy green apple CONDITIONER;
- Suave® NATURALS aloe & water lily CONDITIONER;
- Suave® NATURALS soothing lavender lilac CONDITIONER;
- Suave® NATURALS sweet pea violet CONDITIONER;
- Suave® NATURALS rainforest fresh BODY WASH;
- Suave® NATURALS everlasting sunshine BODY WASH;
- Suave® NATURALS Creamy milk & honey splash BODY WASH;
- Suave® NATURALS Creamy apricot & orange blossom BODY WASH;
- Suave® NATURALS Creamy cocoa butter & shea BODY WASH;
- Suave® NATURALS Creamy tropical coconut BODY WASH;
- Suave® NATURALS Creamy almond & verbena BODY WASH;
- Suave® NATURALS sweet pea & violet BODY WASH;
- Suave® NATURALS ocean breeze BODY WASH;
- Suave® NATURALS mango mandarin BODY WASH;
- Suave® NATURALS wild cherry blossom BODY WASH;
- Suave® NATURALS Everlasting Sunshine BODY LOTION;
- Suave® NATURALS Sweet Pea & Violet BODY LOTION;
- Suave® NATURALS Mango Mandarin BODY LOTION;
- Suave® NATURALS Lavender Vanilla BODY LOTION;
- Suave® NATURALS Wild Cherry Blossom BODY LOTION;
- Suave® KiDS Naturals Head to Toe Wash soothing Lavender.

Collectively, the foregoing products, and all other products you manufactured or sold under the Suave NATURALS brand, will be referred to herein as "Suave Naturals" or "Products."

On the Suave NATURALS labels you misrepresent the Products as "natural." On the Products' labels, you make statements, such as "infused with mineral-rich algae extract" to highlight that the Products contain various natural-sounding ingredients. For instance, Suave NATURALS Rainforest Fresh shampoo represents that it is "infused with aloe and bamboo extract," and Suave NATURALS Tropical Coconut shampoo represents that it is "infused with coconut extract." Accompanying the aforementioned text on the Products' labels, you placed

images of natural scenery or objects, such as blooming cherry blossoms, lush rainforest undergrowth, or a cracked coconut.  Each of the Products is also named after natural environments or objects, including fruits.  Examples include "Rainforest Fresh," "Everlasting Sunshine," "Tropical Coconut," "Waterfall Mist," and "Sun-Ripened Strawberry."

These representations regarding the "natural" nature of Suave NATURALS are false and misleading, because the Products actually contain numerous synthetic and highly chemically processed ingredients.  These ingredients include, but are not limited to, sodium lauryl sulfate, cocamide MEA, Ammonium Chloride, Fragrance, Tetrasodium EDTA, DMDM Hydantoin, Methylchloroisothiazolinone, Methylisothiazolinone, PPG-9, and Glycerin.

Mr. Hain, a resident of California and New York, purchased Suave Naturals products based on labeling stating that the Products were "natural."  He would not have purchased or would have paid significantly less for the Products if the labels had not stated that the Products were natural.  Mr. Hain purchased the Products within the past three years on multiple occasions from retail locations in California and New York.

Mr. Hain is acting on behalf of a class defined as all persons nationwide who purchased the Products (hereafter, the "Class").  A similar class of purchasers of Aveeno "Active Naturals" was recently certified in *Goldemberg v. Johnson & Johnson Consumer Companies, Inc*., __ F.R.D. __, 2016 WL 5817012 (S.D.N.Y. Oct. 4, 2016).  Mr. Hain is confident that a class will be certified on similar grounds here should you fail to take corrective action set forth herein.

To cure the defects described above, we demand that you (1) cease and desist from continuing to mislabel the Products; (2) issue an immediate recall on any Products bearing misleading "natural" statements; and (3) make full restitution to all purchasers of the Products of all purchase money obtained from sales thereof.

We further demand that you preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1. All documents concerning the ingredients, formula, and manufacturing process for the Products;

2. All communications with the U.S. Food and Drug Administration concerning the product development, manufacturing, marketing and sales of the Products;

3. All documents concerning the advertisement, marketing, labeling, distribution, or sale of the Products; and

4. All communications with customers concerning complaints or comments concerning the Products.

5.   All documents and communications concerning a recently closed case, *Paulino, et al. v. Conopco, Inc.*, Case No. 1:14-cv-5145 (E.D.N.Y.), and all other closed or pending litigation relating to Suave NATURALS.

We are willing to negotiate to attempt to resolve the demands asserted in this letter.  If you wish to enter into such discussions, please contact me immediately.  If I do not hear from you promptly, I will conclude that you are not interested in resolving this dispute short of litigation.  If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents promptly.

Very truly yours,

Yeremey O. Krivoshey