# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HAIN,<br><br>PLAINTIFF(S)<br>v.<br>CONOPCO, INC.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 17-3656-CBM(JEMx)<br><br>ORDER RETURNING CASE<br>FOR REASSIGNMENT |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 16-05.

MAY 17, 2017
Date

United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _S. James Otero_ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials _SJO_ after the case number in place of the initials of the prior judge so that the case number will read _2:17-cv-03656 SJO(JEMx)_. This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-89 (10/16)                    ORDER RETURNING CASE FOR REASSIGNMENT