FILED
CLERK, U.S. DISTRICT COURT

July 14, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HAIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONOPCO, INC., d/b/a UNILEVER,<br><br>Defendants. | Case No. 2:17-cv-03656 SJO (JEMx)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. S. James Otero |

The Court, having reviewed the papers filed in support of Plaintiff's Motion for Extension of Time to File Motion for Class Certification, and good cause appearing therefore, the motion is hereby GRANTED IN PART and it is hereby ORDERED as follows:

The parties shall meet and confer and be prepared to present a proposal at the case management conference on August 28, 2017, as to a briefing schedule for Plaintiff's motion for class certification.

DATED: July 14, 2017

*S. James Otero*
_____
The Honorable S. James Otero
United States District Judge

---

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

1