**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey Krivoshey (State Bar No. 295032)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com
         ykrivoshey@bursor.com
         treyda@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HAIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONOPCO, INC., d/b/a UNILEVER,<br><br>Defendants. | Case No. 2:17-cv-03656 SJO-JEM<br><br>**ORDER GRANTING PROTECTIVE ORDER REGARDING THE DISCLOSURE AND USE OF DISCOVERY MATERIALS** |

1 | Having considered the parties' Stipulated Protective Order Regarding the Disclosure and Use of Discovery Materials, and good cause appearing, the protective order in the above captioned action is granted.

**IT IS SO ORDERED.**

Dated: September 7, 2017

*/s/ John E. McDermott*
Honorable John E. McDermott
United States Magistrate Judge