Tammy A. Tsoumas (S.B.N. 250487)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
tammy.tsoumas@kirkland.com

Jay P. Lefkowitz, P.C.
(admitted *pro hac vice*)
Ross L. Weiner (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
lefkowitz@kirkland.com
ross.weiner@kirkland.com

*Attorneys for Defendant Conopco, Inc.,
d/b/a Unilever*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HAIN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>CONOPCO, INC., d/b/a UNILEVER,<br><br>                Defendant. | Case No. 2:17-cv-03656 SJO-JEM<br><br>Judge: Hon. S. James Otero |

## **STIPULATION OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Craig Hain and Defendant Conopco, Inc., d/b/a Unilever, through their undersigned counsel, stipulate to a voluntary dismissal with prejudice of Plaintiff's claims. Plaintiff hereby voluntarily dismisses with prejudice all claims by Plaintiff against Defendant in this matter, pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs and fees, except as otherwise agreed.

| */s/ Yeremey O. Krivoshey* | */s/ Tammy A. Tsoumas* |
|---|---|
| L. Timothy Fisher (S.B.N. 191626) | Tammy A. Tsoumas (S.B.N. 250487) |
| Joel D. Smith (S.B.N. 244902) | **KIRKLAND & ELLIS LLP** |
| Yeremey O. Krivoshey (S.B.N. 295032) | 333 South Hope Street |
| Thomas Reyda (S.B.N. 312632) | Los Angeles, California 90071 |
| **BURSOR & FISHER, P.A.** | Telephone: (213) 680-8400 |
| 1990 North California Blvd., Suite 940 | Facsimile: (213) 680-8500 |
| Walnut Creek, CA 94596 | tammy.tsoumas@kirkland.com |
| Telephone: (925) 300-4455 | |
| Facsimile: (925) 407-2700 | Jay P. Lefkowitz, P.C. (admitted *pro hac vice*) |
| ltfisher@bursor.com | Ross L. Weiner (admitted *pro hac vice*) |
| jsmith@bursor.com | **KIRKLAND & ELLIS LLP** |
| ykrivoshey@bursor.com | 601 Lexington Avenue |
| treyda@bursor.com | New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | lefkowitz@kirkland.com |
| | ross.weiner@kirkland.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Conopco, Inc., d/b/a Unilever* |
| DATED: January 4, 2018 | DATED: January 4, 2018 |

1

2   **Filer's Attestation**:  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that Yeremey

3   Krivoshey concurs in the contents of this stipulation and has authorized its filing.

4

5                                                             */s/ Tammy A. Tsoumas*
                                                             Tammy A. Tsoumas
6                                                    *Attorneys for Defendant Conopco, Inc.*
                                                                  *d/b/a Unilever*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28